No. 84–5211. BIGELOW *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–5215. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–5216. HANSON *v.* SANFORD ET AL. Sup. Ct. N. D. Certiorari denied.

No. 84–5218. ODUWOLE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–5223. FAYMORE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–5226. ANDERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–5233. HEIRENS *v.* IRVING, CHAIRMAN, ILLINOIS PRISON REVIEW BOARD, ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–5234. LANE *v.* LACY, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–5236. SMIDDY *v.* ANDERSON, JUDGE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–5239. PRICE *v.* BOOKER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–5242. FOY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5244. ATTWELL ET UX. *v.* U. S. POSTAL SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–5252. MARTIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–5263. SIMPSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–5267. DENNIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–5273. PAYNE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.